NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

Charles Martin Kreamer, Sr.
Gibson Law Partners
P. O. Box 52124
Lafayette LA 70505

James Huey Gibson
Gibson Law Partners
P. O. Box 52124
Lafayette LA 70505

> Judgment on rehearing rendered and mailed to all parties or counsel of record on August 31, 2022

**REHEARING ACTION: August 31, 2022**

**Docket Number: 21 00433-CA**

**JASON J. DUREL, M.D.**
**VERSUS**
**ACADIAN EAR, NOSE, THROAT &**
**FACIAL PLASTIC SURGERY, APMC**

**Appealed from Lafayette Parish Case No. C-20211521**

**BEFORE JUDGES:**

    Hon. Sylvia R. Cooks
    Hon. Shannon J. Gremillion
    Hon. John E. Conery
    Hon. D. Kent Savoie
    Hon. Sharon Darville Wilson

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Acadian Ear, Nose, Throat & Facial Plastic Surgery Center, APMC** is:

    **REHEARING GRANTED.**
    Cooks, J., would deny the rehearing.
    Conery, J., would deny the rehearing.

    The case has been set for oral argument on September 28, 2022
    @ 11:00 a.m.

cc: Lauren Noel Maurer, Counsel for the Appellee
    Steven Gerald Durio, Counsel for the Appellee